# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 14-0047 (CKK) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## PARTIES' SUPPLEMENTAL JOINT STATUS REPORT

Pursuant to the Court's Minute Order of March 27, 2014, the parties respectfully submit this supplemental joint status report.  This case is a FOIA matter regarding Plaintiff's request for records concerning First Lady Michelle Obama's June 2013 trip to Ireland.

(1)   Defendant made a final response and production of records to Plaintiff on March 27, 2014.

(2)   Plaintiff has reviewed Defendant's response and has informed Defendant that it is satisfied with the production.  Therefore, the parties respectfully submit that no briefing will be necessary in this matter.

(3)   The parties anticipate filing a joint stipulation of dismissal by no later than Friday, May 2, 2014.

| | |
|---|---|
| Date:   April 25, 2014. | Respectfully submitted, |
| JUDICIAL WATCH, INC. | RONALD C. MACHEN, JR.<br>United States Attorney |
| /s/ Jason B. Aldrich<br>D.C. Bar No. 495488<br>Suite 800<br>425 Third Street, SW.<br>Washington, DC 20024<br>Tel: (202) 646-5172<br>Fax: (202) 646-5199 | For the District of Columbia<br>D.C. Bar No. 447889<br><br>DANIEL F. VAN HORN<br>D.C. Bar No. 924092<br>Chief, Civil Division |
| **Counsel for Plaintiff** | /s/  Rhonda C. Fields<br>Rhonda C. Fields<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, DC 20530<br>Tel: (202) 252-2555<br>Fax: (202) 252-2599<br>E-mail: rhonda.fields@usdoj.gov |
| | **Counsel for Defendant** |